UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Maurice White
_____

_____

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v.

City of Dowagiac/Dowagiac Police Dept.,
Luke Britton
_____

(Enter above the full name of the defendant or defendants in this action.)

FILED - GR
April 5, 2019 3:41 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc   SCANNED BY: kw /4/8

1:19-cv-262
Janet T. Neff
U.S. District Judge

## COMPLAINT

I. Previous Lawsuits

CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $400.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐  No ☒

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
   N/A

2. Is the action still pending?   Yes ☐  No ☒
   a. If your answer was no, state precisely how the action was resolved:
   N/A

3. Did you appeal the decision?   Yes ☐  No ☐

4. Is the appeal still pending?   Yes ☐  No ☐
   a. If not pending, what was the decision on appeal?  N/A

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐  No ☒
   If so, explain:  N/A

II. Place of Present Confinement _____

If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined:

-1-

III. **Parties**

A. Plaintiff(s)

Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff  Maurice White

Address  303 Courtland, Dowagiac, MI, 49047    Apartment #4

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

Name of Defendant #1  City of Dowagiac / Dowagiac Police Department

Position or Title  _____

Place of Employment  _____

Address  241 S. Front St., Dowagiac, MI 49047

Official and/or personal capacity?  Official

Name of Defendant #2  Luke Britton

Position or Title  Officer / Patrolman

Place of Employment  Dowagiac Police Department

Address  241 S. Front St., Dowagiac, MI 49047

Official and/or personal capacity?  Both

Name of Defendant #3  _____

Position or Title  _____

Place of Employment  _____

Address  _____

Official and/or personal capacity?  _____

Name of Defendant #4  _____

Position or Title  _____

Place of Employment  _____

Address  _____

Official and/or personal capacity?  _____

Name of Defendant #5  _____

Position or Title  _____

Place of Employment  _____

Address  _____

Official and/or personal capacity?  _____

Statement of Claim

On 3-26-19 I was driving to see a friend at a assisted living home. I stoped at the light on Prairie Rhonde and M-51. I turned on M-51 and drove for 1/4 mile where I turned on Cleveland and then into the assisted living home. As I walked up to the door, a patrol car pulled in the assisted living home parking lot (private property) and turned on his flashing lights. Officer Britton jumped out of his car on private property and yelled at me to return to my car and get in it. I told Officer Britton to try it again as he turned his lights on, on private property and because he did not initiate the traffic stop on public roadway he has no right to do it on private property. Officer Britton told me I ran the red blinking light at M-51 + Prairie Rhonde. I asked why he did not initiate the stop their and he said because I sped away. I said that would be more reason to turn his lights on. This was made up by Officer Britton most likely because it was late and I am a Black male in a White area.

As of this date no ticket was wrote for running a red light or for speeding. I will be requesting car video, officer video which they will claim they do not have.

Officer Britton requested my name which I refused to give. I asked if I was being arrested and told no just detained. I asked why and he would not or could not tell me why

I gave Him my name under Duress and I was cuffed and Placed in The back of The car. Officer Britton Searched my car Illegally. The came back To His patrol car and Ran my name and Told me I would be going To Jail For a Civil Infraction child support warrant. He Then Had my car Towed off private property when There was a licensed female driver in The car who would have drove The car To my Home, or my Family would have drove it away. Officer Britton Had no legal right To Have my car searched or Towed, This was clearly Established law at The Time

### Relief

I Request compensatory Damages:
Unlawful Search $5,000    Tow and Impound Fee $240.00
Unlawful Detainment/Arrest $5,000    Filing Fee $400
I Request punitive Damages in The Amount of $100,000

I Believe The Above Stated claim To be True To The best of my knowledge, Information and Belief

Date 4-1-19

*Maurice White*

Maurice White

Maurice White
321 M6 E Hwy
Cassopolis, MI 49031

United States District Court
c/o Court File Clerk
110 Michigan St., NW
Grand Rapids, MI 49503