UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE WHITE,

    Plaintiff,

v.

CITY OF DOWAGIAC, et al.,

    Defendants.
_____/

Case No. 1:19-cv-262

HON. JANET T. NEFF

## ORDER

This is a civil action involving a *pro se* litigant. Defendant Luke Britton filed a Motion for Summary Judgment (ECF No. 18) and a Motion to Stay Civil Proceedings or, in the Alternative, Adjourn Dispositive Motion Deadline (ECF No. 22). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 14, 2020, recommending that this Court grant the motion for summary judgment and deny as moot the motion to stay. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 26) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 18) is GRANTED.

**IT IS FURTHER ORDERED** that the Motion to Stay Civil Proceedings or, in the Alternative, Adjourn Dispositive Motion Deadline (ECF No. 22) is DENIED as moot.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  March 10, 2020                                             /s/ Janet T. Neff
                                                                                                       JANET T. NEFF
                                                                                                       United States District Judge